Aaron HOLSEY, Plaintiff–Appellant,

v.

Melanie C. PEREIRA, individually, and as former deputy commissioner of corrections for Maryland at 6776 Reisterstown Road, Baltimore, Maryland 21215; Supervisor, name unknown, Home Detention Unit, individually, and in official capacity at 2100 Guilford Avenue, Baltimore, Maryland 21218; State of Maryland Department of Corrections, corrections headquarters, 6776 Reisterstown Road, Baltimore, Maryland 21215; Patricia K. Cushwa, individually, and as chairperson of the Maryland Parole Commission at 6776 Reisterstown Road, Baltimore, Maryland 21203; Frank Pappas, individually, and as Maryland Parole Commissioner; Maceo Williams, individually and as Maryland Parole Commissioner; Ralph Robinson, individually, and as Facility Administrator for Baltimore City Pre–Release Facility, 926 Greenmount Avenue, Baltimore, MD 21202; D. Thaniel, individually, and as supervisor of classification department at Baltimore City Pre–Release Unit; Susan T. Donahue, individually, and as former supervisor of classification at Eastern Correctional Institution-annex, 30420 Revells Neck Road, Westover, Maryland 21890; Alvin McCoy; Carter Donaway, individually, and as a work release counselor assigned to the Baltimore City Pre–Release Unit; Eleu Gatling, individually, and as a work release counselor assigned to the Baltimore City Pre–Release Unit; C. Weston, individually, and a work release counselor assigned to the Baltimore City Pre–Release Unit; Michile Anthony Blount, Commissioner, Defendants–Appellees.

No. 01–8045.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2002.

Decided May 22, 2002.

Aaron Holsey, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILKINS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Aaron Holsey appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Holsey v. Pereira,* No. CA–01–898–JFM (D.Md. Nov. 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*